1  SHELLIE LOTT, SBN: 246202
2  Cerney Kreuze & Lott, LLP
   42 N. Sutter Street, Suite 400
3  Stockton, California 95202
   Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| FRANK GONSALVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No.  2:15-CV-00940-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended 30 days from the present due date of November 19, 2015, to December 21, 2015.   This extension is requested because the writer has a very heaving briefing schedule prior to the upcoming holiday engagement with family.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

1

| | | |
|---|---|---|
| 1 | DATED:  November 17, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | DEBORAH LEE STACHEL,<br>Acting Regional Chief Counsel, Region IX |
| 3 | | |

*/s/ Shellie Lott*
SHELLIE LOTT,
Attorney for Plaintiff

*/s/ Annabelle J. Yang*
 ANNABELLE J. YANG,
(As authorized via E-mail on 11/16/15)
Special Assistant U S Attorney
Attorneys for Defendant

SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

FRANK GONSALVES,

           Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

           Defendant.

No.  2:15-CV-00940-CMK

**ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT**

    Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

.

    SO ORDERED.

Dated:  November 20, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

3