SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| FRANK GONSALVES,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>                Defendant. | No.  2:15-CV-00940-CMK<br><br>**STIPULATION AND [~~proposed~~] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of February 10, 2016, by twenty-one days, to the new due date of March 3, 2016, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has a very heaving briefing schedule prior to leaving for 9th Circuit oral argument in San Francisco.

///

///

///

1

1   DATED:  February 10, 2016            BENJAMIN B. WAGNER
                                          United States Attorney
2                                         DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
3

4

5   */s/ Shellie Lott*                    */s/Chantal Jenkins for Annabelle J. Yang*
    SHELLIE LOTT,                          CHANTAL JENKINS for ANNABELLE J.YANG,
6   Attorney for Plaintiff                 (As authorized via E-mail on 02/11/16)
                                           Special Assistant U S Attorney
7                                          Attorneys for Defendant

1  SHELLIE LOTT, SBN:  246202
   Cerney Kreuze & Lott, LLP
2  42 N. Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
4  Facsimile: (209) 948-0706

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANK GONSALVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　Defendant. | No.  2:15-CV-00940-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Reply on or before March 3, 2016.

SO ORDERED.

Dated:  February 19, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

3